IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**RED CANYON RECRUITING, LLC**                                                    **PLAINTIFF**

**V.**                                  **CIVIL CAUSE NO.: 1:20-CV-23-MPM-DAS**

**BANCORPSOUTH BANK, ET AL**                                       **DEFENDANTS**

## ORDER

On October 7, 2021, the court held a telephonic status conference with counsel in this action regarding Red Canyon Recruiting, LLC's ("Red Canyon") objection to discovery issued by BancorpSouth Bank ("BancorpSouth") requesting that Red Canyon identify invoices issued for recruiting services and the corresponding date each invoice was paid in full. Having considered BancorpSouth's arguments regarding the relevance of the information requested and Red Canyon's objections, the court orders Red Canyon to produce the information sought with respect to any other entity whose contract includes or included the same or similar provision requiring net payment upon receipt of the invoice. The court finds that insofar as the contract contains a comparable payment provision, this information is relevant to BancorpSouth's defenses and thus discoverable.

**SO ORDERED**, this the 7th day of October, 2021.

                                                         **/s/ David A. Sanders**
                                                         **UNITED STATES MAGISTRATE JUDGE**